# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 22, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-20416    USA v. Dennis Barson, Jr., et al
                    USDC No. 4:13-CR-367-1

The court has denied the motion to extend time to file appellant's brief in this case, as to defendant Dario Juarez.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Jann M. Wynne, Deputy Clerk
                         504-310-7688

Mr. Paul L. Creech
Ms. Renata Ann Gowie
Mr. Philip Harlan Hilder
Ms. Sunida L. Mejia
Mr. James Gregory Rytting
Mr. Quentin Tate Williams
Mr. Mark Russell Yanis